```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                Civil No. 05-063(DSD/SRN)
```

Angelina Nelson,

        Plaintiff,

v.                                                           **ORDER**

L.A. Weaver Company,

        Defendant, and

Delta International Machinery
Corporation,

        Defendant and Third
        Party Plaintiff,

v.

Silverton Victorian Millworks, Inc.

        Third-Party Defendant.

Based upon the report and recommendation by United States Magistrate Judge Susan R. Nelson, all the files and records, and no objections having been filed to said report and recommendation;

**IT IS HEREBY ORDERED** that:

1. Defendant L.A. Weaver's Motion to Dismiss (Doc. No. 9) is denied.

2. Defendant L.A. Weaver's Motion to Dismiss Crossclaim (Doc. No. 14) is denied.

Dated: July 18, 2005

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court